*CORRECTED MINUTE ENTRY

CRIMINAL CAUSE FOR SENTENCING

BEFORE: ROSS, U.S.D.J.          FEB. 8, 2022       Time: 11:00am

CR-17-434                       DEFT NUMBER: ____

DEFT NAME: **Rosalio Melendez-Rojas**

    X  present    ___ not present    x  cust.    ___ bail

DEFENSE COUNSEL: **Thomas F.X. Dunn**

    X  present    ___ not present    x  CJA    ___ RET.    ___ LAS

**A.U.S.A.: G. Kessler, T.** Hajjar & E. Argo        CLERK: D. LaSalle

Reporter: ToniAnn Lucatorto                PO: Jennifer Fischer

INT:   (LANG.-Spanish ) J. Carlos Venant & Mario Michelena

XXX   CASE CALLED.   ___ SENTENCING ADJ'D TO _____.

X    SENTENCING HELD.   x   STATEMENTS OF DEFT AND COUNSEL HEARD.

x    DEFT SENTENCED ON COUNT 1, 2, 3, 4, 5, 6, 7, 10, 11, 12, 14, 15 & 16 OF THE Superseding Indictment.

Defendant is sentenced to 39 years and 4 months to be followed by a 5 years of supervised release. A special assessment of $1,300 dollras is imposed.

___ REMAINING OPEN COUNTS ARE DISMISSED ON    ___ GOVTS MOTION
                                              ___ COURT'S MOTION

x    COURT ADVISED DEFT OF RIGHT TO APPEAL.   ___ I.F.P. GRANTED.

___ DEFT REMANDED.    ___ DEFT ON BAIL PENDING APPEAL.

**OTHER:** _____