Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Eastern District of New York

Caption:

United States of America

v.

Rosalio Melendez-Rojas

Docket No.: 17 Cr. 434-6 (ARR)

Allyne R. Ross
(District Court Judge)

Notice is hereby given that Rosalio Melendez-Rojas appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ✔ conviction from trial
entered in this action on 2/8/2022
(date) (specify)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence ✔ Other [ ]

Defendant found guilty by plea [ ] trial ✔ N/A [ ].

Offense occurred after November 1, 1987? Yes ✔ No [ ] N/A [ ]

Date of sentence: February 8, 2022    N/A [ ]

Bail/Jail Disposition: Committed ✔  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes ✔ No [ ]  If yes, provide the following information:

Defendant's Counsel: Thomas Francis Dunn
Counsel's Address: 225 Broadway, Suite 1515
New York, N.Y. 10007
Counsel's Phone: 212-941-9940

Assistant U.S. Attorney: Tanya Hajjar
AUSA's Address: 271 Cadman Plaza East
Brooklyn, N.Y. 11201
AUSA's Phone: 717-254-6109

*Signature*